UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY SATTERFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIME ENERGY CO., JOHN O'ROURKE, and JEFFREY MISTARZ,<br><br>Defendants. | No. 1:12-cv-05704<br><br>CLASS ACTION<br><br>Judge Sara L. Ellis |

**LEAD PLAINTIFFS' AGREED MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**

Lead Plaintiffs Jamie Fang and Kevin J. Fetzer ("Plaintiffs") hereby move for a brief extension of time to file their motion for Preliminary Approval of the Proposed Settlement Agreement, Notice to the Settlement Class and Conditional Settlement Class Certification. Defendants Lime Energy Company, John O'Rourke, and Jeffrey Mistarz, (collectively, "Defendants") agree to the relief sought in this motion. In support of their motion, Plaintiffs state as follows:

1. This is a putative class action on behalf of purchasers of Lime Energy Company securities seeking to pursue remedies under the Securities Exchange Act of 1934.

2. At the status hearing held on November 11, 2013, counsel for Plaintiffs and Defendants reported to the Court that they had reached a tentative settlement in the above-captioned matter. Subsequently, the Court ordered that the parties file preliminary approval documents on or before January 14, 2014, and scheduled a preliminary approval hearing for January 28, 2014. (*See* Dkt. No. 81).

3. The parties request that the deadline for the filing of preliminary approval documents be extended for one (1) week, or to January 21, 2014.

4. The parties suggest that the preliminary approval hearing date remain set for January 28, 2014, as the parties are prepared to move for preliminary approval on that date.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their preliminary approval documents from January 14, 2014 to January 21, 2014.

January 9, 2014                                    Respectfully submitted,

**POMERANTZ LLP**

/s/ *Louis C. Ludwig*
Patrick V. Dahlstrom
Leigh Handelman Smollar
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

*Counsel for Lead Plaintiffs and the Proposed Class*