# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY SATTERFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIME ENERGY CO., JOHN O'ROURKE, DAVID R. ASPLUND, and JEFFREY MISTARZ,<br><br>Defendants. | No. 1:12-cv-05704<br><br>CLASS ACTION<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Daniel G. Martin<br><br>**January 28, 2014 Hearing Date** |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS

Lead Plaintiffs and proposed Class Plaintiffs Jamie Fang and Kevin J. Fetzer ("Class Plaintiffs"), individually and on behalf of themselves and all others similarly situated, move this Court for Preliminary Approval of the Proposed Settlement, Notice to the Settlement Class and Settlement Class Certification on their claims that Defendants Lime Energy Co. and certain of its corporate officers violated Section 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. In support of this motion, which Defendants do not oppose, Class Plaintiffs rely upon their contemporaneously-filed Memorandum of law ("Mem.").

WHEREFORE, Plaintiffs respectfully request that the Court grant preliminary approval of the proposed Stipulation of Settlement and enter the accompanying Order of Preliminary Approval (*See* Mem. Exhibit A thereto).

January 21, 2014                                             Respectfully submitted,

                                                             **POMERANTZ LLP**

                                                             /s/ *Louis C. Ludwig*

Patrick V. Dahlstrom
Leigh Handelman Smollar
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

*Counsel for Lead Plaintiffs and the Proposed Class*