**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jeffrey Satterfield, et al.
                                  Plaintiff,

v.                                             Case No.: 1:12−cv−05704
                                                Honorable Sara L. Ellis

Lime Energy Co., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Preliminary Approval hearing held on 1/28/2014. Lead Plaintiffs' unopposed motion for preliminary approval of class action settlement and notice to the settlement class [88] is granted. Plaintiffs to submit order for preliminary approval to Judge Ellis' proposed order email inbox by close of business, 1/28/2014. Opt−out date is set for 4/29/2014. Plaintiffs to submit attorneys fees petition by 4/13/2014. Final Approval hearing set for 5/13/2014 at 12:30 PM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.