**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jeffrey Satterfield, et al.
                       Plaintiff,

v.                                                 Case No.: 1:12−cv−05704
                                                  Honorable Sara L. Ellis

Lime Energy Co., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Status hearing held. Parties have reached an agreement. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.