# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY SATTERFIELD, Individually and On Behalf of All Others Similarly Situated, | ) ) **No. 1:12-cv-05704** ) |
| Plaintiff, | ) **CLASS ACTION** ) |
| v. | ) Hon. Sara L. Ellis ) |
| LIME ENERGY CO., JOHN O'ROURKE, DAVID R. ASPLUND, and JEFFREY MISTARZ, | ) Magistrate Judge Daniel G. Martin ) ) **May 13, 2014 Hearing Date** |
| Defendants. | ) ) ) |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT PAYMENT TO CLASS REPRESENTATIVES

Pursuant to Fed. R. Civ. P. 23 (h) and Fed. R. Civ. P. 54 (d) (2), and in accordance with this Court's Order of January 28, 2014 (Dkt. No. 95), Lead Plaintiffs Jamie Fang and Kevin J. Fetzer ("Lead Plaintiffs"), individually and on behalf of themselves and all others similarly situated, and their undersigned counsel ("Lead Counsel") move this Court for their reasonable and negotiated attorneys' fees in the total amount of $750,000, reimbursement of Lead Counsel for their costs in the total amount of $41,409, and reimbursement of Lead Plaintiffs in the amount of $1,000 each in connection with the settlement of the above-captioned matter.

As support for their Motion, Lead Plaintiffs and Lead Counsel rely upon their contemporaneously-filed Memorandum of Law.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant their instant Motion for Award of Attorneys' Fees and Expenses and Reimbursement Payment to Class Representatives.

1

April 14, 2014

Respectfully submitted,

**POMERANTZ LLP**

/s/ *Leigh Handelman Smollar*

Patrick V. Dahlstrom
Leigh Handelman Smollar
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

*Counsel for Lead Plaintiffs and the Class*