UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY SATTERFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LIME ENERGY CO., JOHN O'ROURKE, DAVID R. ASPLUND, and JEFFREY MISTARZ,<br><br>    Defendants. | **Civil Action No. 12 C 05704 (SLE)**<br><br>Honorable Sara L. Ellis |

### LEAD PLAINTIFFS' [UNOPPOSED] MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION <u>IN EXCESS OF FIFTEEN PAGES</u>

Lead Plaintiffs Jamie Fang ("Fang") and Kevin J. Fetzer ("Fetzer") (collectively, the "Lead Plaintiffs") hereby move this Court for leave to file a Memorandum of law in support of their forthcoming Motion for Final Approval of the Proposed Settlement and Plan of Allocation in excess of fifteen (15) pages and no greater than twenty-one (21) pages in length. In support of the instant motion, Lead Plaintiffs state as follows:

1. This is a securities fraud class action (the "Action") brought on behalf of all persons who purchased or otherwise acquired Lime common stock between May 14, 2008 and December 27, 2012. Lead Plaintiffs allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Defendant Lime Energy Co. and certain of its senior management.

2. On January 28, 2014, this Court entered an order preliminarily approving the Stipulation of Settlement (the "Settlement") entered into by the Parties to the Action on January

21, 2014. (*See* Dkt. No. 98) (the "Preliminary Approval Order").

3. The Preliminary Order scheduled a Final Approval Settlement Hearing (the "Final Approval Hearing") for May 13, 2014, at 12:30 p.m. *Id.*, ¶ 12.

4. On May 2, 2014, the Court entered an Order striking the Final Approval Hearing date of May 13, 2014 and resetting same for June 4, 2014 at 9:30 a.m. (*See* Dkt. No. 106).

5. Pursuant to the Preliminary Approval Order, Lead Plaintiffs were to "file all papers, including memoranda or briefs in support of the Stipulation, no later than seven (7) days prior to the Final Approval Hearing[,]" or by May 28, 2014. (*See* Dkt. No. 98, ¶ 13(c)).

6. Under Local Rule 7.1, all briefs are subject by default to a 15-page limitation.

7. Lead Plaintiffs require more than 15 pages to fully present their arguments in support of Final Approval, including the Settlement's factual background; appropriateness of the Settlement in light of the seven factors enumerated in *Armstrong v. Bd. of School Dir. of the City of Milwaukee*, 616 F.2d 305 (7th Cir. 1980); appropriateness of the Class Notice; appropriateness of the proposed Plan of Allocation; appropriateness of the requested attorneys' fees and expenses, and compensatory award to Lead Plaintiffs; and appropriateness of class certification pursuant to Fed. R. Civ. P. 23.

8. Counsel for Defendants do not oppose the relief sought in this motion.

9. Accordingly, Lead Plaintiffs respectfully request that the Court extend the default 15-page limit and grant them leave to file a twenty-one (21) page Memorandum in support of their forthcoming Motion for Final Approval of the Proposed Settlement, currently due to be filed on or before May 28, 2014.

WHEREFORE, Lead Plaintiffs hereby move this Court for leave to file a Memorandum in Support of Motion for Final Approval of the Proposed Settlement and Plan of Allocation not to exceed twenty-one (21) pages.

May 12, 2014

        **POMERANTZ LLP**

        /s/ *Louis C. Ludwig*
        Patrick V. Dahlstrom
        Leigh Handelman Smollar
        Louis C. Ludwig
        Ten South LaSalle Street, Suite 3505
        Chicago, Illinois 60603
        Phone: 312-377-1181
        Fax: 312-377-1184
        pdahlstrom@pomlaw.com
        lsmollar@pomlaw.com
        lcludwig@pomlaw.com

        ***Counsel for Lead Plaintiffs and the Class***