UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY SATTERFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIME ENERGY CO., JOHN O'ROURKE, DAVID R. ASPLUND, and JEFFREY MISTARZ,<br><br>Defendants. | **Civil Action No. 12 C 05704 (SLE)**<br><br>Honorable Sara L. Ellis<br><br>**June 4, 2014 Hearing Date** |

### LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION

Lead Plaintiffs Jamie Fang and Kevin J. Fetzer (collectively, the "Lead Plaintiffs"), individually and on behalf of themselves and all others similarly situated, move this Court for final approval of the proposed settlement of this securities class action on their claims that Defendants Lime Energy Co. and certain of its corporate officers violated Section 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. In support of this motion, Lead Plaintiffs rely upon their contemporaneously-filed Memorandum of law.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Final Approval of the proposed Stipulation of Settlement, Class Notice, Plan of Allocation, Attorneys' Fees, Expenses, and a Compensatory Award to Lead Plaintiffs; certify the Settlement Class; and enter the accompanying Order of Final Approval, which will be submitted electronically consistent with the Court's Case Management Procedures regarding Proposed Orders.

May 28, 2014

                                          Respectfully submitted,

                                          **POMERANTZ LLP**

                                          /s/ *Leigh Handelman Smollar*
                                          Patrick V. Dahlstrom
                                          Leigh Handelman Smollar
                                          Louis C. Ludwig
                                          Ten South LaSalle Street, Suite 3505
                                          Chicago, Illinois 60603
                                          Tel: (312) 377-1181
                                          Fax: (312) 377-1184

                                          *Counsel for Lead Plaintiffs and the Class*